UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUTO MASTER SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-1464-RLY-WTL |
| | ) | |
| MEGASYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF ADMINISTRATIVE CLOSING

IT IS ORDERED by the Court that this action is now closed administratively for failure to prosecute.

Dated: August 17, 2007

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul B. Overhauser, poverhauser@overhauser.com, courtnotices@overhauser.com